IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KELVIN TOWNSEND, :
    Plaintiff :
: CIVIL NO. 3:13-CV-0758
v. :
: (JUDGE NEALON)
RONNIE R. HOLT, WARDEN, : (MAGISTRATE JUDGE SCHWAB)
ET AL., :
    Defendants :

# ORDER

**NOW**, **THIS 28TH DAY OF SEPTEMBER, 2015,** for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 84), is **ADOPTED IN PART**;

2. Defendants' motion to dismiss the amended complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure, (Doc. 67), is **GRANTED**;

3. Defendants' motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure is **DISMISSED AS MOOT**.

4. Plaintiff's claims against all Defendants are **DISMISSED WITH PREJUDICE**; and

5. The Clerk of Court is directed to **CLOSE** this case.

                                                   /s/ William J. Nealon
                                                 **United States District Judge**